**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARROWPOINT CAPITAL CORP.,<br>Plaintiff,<br><br>v.<br><br>ARROWPOINT ASSET MANAGEMENT, LLC, et al.<br>Defendants. | Civil Action No. 10-161-GMS |
| ARROWPOINT ASSET MANAGEMENT, LLC,<br>Counterclaim-Plaintiff,<br><br>v.<br><br>ARROWPOINT CAPITAL CORP.,<br>Counterclaim-Defendant. | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), it is hereby stipulated by, between and among the parties hereto, through their respective counsel, that all claims and counterclaims that have been asserted in the above-captioned action are dismissed with prejudice. All parties are to bear their own attorneys' fees and costs.


*/s/ Gregory B. Williams*
Gregory B. Williams (#4195)
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19899
(302) 622-4211
gwilliams@foxrothschild.com

*Attorneys for Plaintiff and Counterclaim-Defendant*

Of Counsel:

Corby C. Anderson
Matthew S. DeAntonio
Bradley Arant Boult Cummings LLP
214 N. Tyron Street, Suite 3700
Charlotte, North Carolina 28202
(704) 338-6000


Dated: December 14, 2016

*/s/ Todd A. Coomes*
Robert W. Whetzel (#2288)
Todd A. Coomes (#4694)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7634
Whetzel@rlf.com
Coomes@rlf.com

*Attorneys for Defendants and Counterclaim-Plaintiff*

Of Counsel:

L. Donald Prutzman
Tannenbaum Helpern Syracuse
& Hirschtritt LLP
900 Third Avenue
New York, NY 10022
(212) 508-6739

Dated: December 14, 2016